**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-cr-000186-HDM-CWH |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| KENDRICK WEATHERSPOON, | ) | |
| Defendant. | ) | |

Pursuant to the government's motion to dismiss pursuant to Federal Rule of Criminal Procedure 48(a) (#31) and the defendant's non-opposition (#32), this action is **DISMISSED**.

**IT IS SO ORDERED.**

DATED: This 12th day of July, 2012.

*[signature: Howard D. McKibben]*
UNITED STATES DISTRICT JUDGE